UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HERMAN A. WALLACE,

    Plaintiff,

v.                                        Case No. 3:23cv21052-MCR-HTC

OFFICER SIZEMORE, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 20, 2023. ECF No. 8. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF Doc. 8, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i) as malicious for abuse of the judicial process due to Plaintiff's failure to disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of November 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv21052-MCR-HTC